| Attorney or Party without Attorney:<br>Matthew L. Venezia (#313812)<br>BROWNE GEORGE ROSS O'BRIEN, ET AL.<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>  Telephone No: 310-274-7100<br>   Attorney For: Plaintiff | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION | | | | | |
| Plaintiff: ROBERT DAYS<br>Defendant: ROBINHOOD MARKETS, INC; et al. | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>4:21-cv-00696-KAW | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; First Amended Complaint; Complaint; Civil Cover Sheet; Standing Order For Magistrate Judge Kandis A. Westmore; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:     ROBINHOOD FINANCIAL LLC
   b. Person served:   Casey Pineda, Employee, Incorp Services, Registered Agent, served under F.R.C.P. Rule 4.

4. Address where the party was served:   3500 S Dupont Hwy, Dover, DE 19901

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Feb 03 2021 (2) at: 09:37 AM

6. **Person Who Served Papers:**
   a. Lori Millar
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $214.83

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

02/03/2021
(Date)                    (Signature)



PROOF OF SERVICE

5316256
(4567900)