BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:    (310) 274-7100
Facsimile:     (310) 275-5697

Attorney for Plaintiff Robert Days

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT DAYS, | Case No. 4:21-cv-00696-KAW |
| Plaintiff, | |
| vs. | *Assigned to Magistrate Judge Kandis A. Westmore* |
| ROBINHOOD MARKETS, INC.; ROBINHOOD FINANCIAL, LLC; AND ROBINHOOD SECURITIES, LLC, | **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |
| Defendants. | |
| | Trial Date: None Set |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATED: February 8, 2021

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Matthew L. Venezia

By: *Matthew Venezia*
Matthew L. Venezia
Attorney for Plaintiff Robert Days

**PROOF OF SERVICE**

**Robert Days v. Robinhood Markets, Inc., et al**
**Case No.: 4:21-cv-00696-KAW**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On February 8, 2021, I served true copies of the following document(s) described as **CONSENT OR DECLINATION TO MAGISTRATE JURISDICTION** on the interested parties in this action as follows:

Kevin Orsini, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Telephone: 212-474-1596
E-mail: Korsini@cravath.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Browne George Ross O'Brien Annaguey & Ellis LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On February 8, 2021, I caused a copy of the document(s) to be sent from e-mail address aaugustine@bgrfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 8, 2021, at Los Angeles, California.

Andrea A. Augustine