BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Dennis S. Ellis (State Bar No. 178196)
  dellis@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Katherine F. Murray (State Bar No. 211987)
  kmurray@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:     (310) 274-7100
Facsimile:      (310) 275-5697

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Carl A. Roth (State Bar No. 151517)
  croth@bgrfirm.com
801 South. Figueroa, Suite 2000
Los Angeles, CA 90017
Telephone:     (213) 258-4710

Attorneys for Plaintiff ROBERT DAYS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT DAYS,<br><br>            Plaintiff,<br><br>     vs.<br><br>ROBINHOOD MARKETS, INC.;<br>ROBINHOOD FINANCIAL, LLC; AND<br>ROBINHOOD SECURITIES, LLC,<br><br>            Defendants. | Case No. 4:21-cv-00696-YGR<br><br>*Assigned to*<br>*Honorable Yvonne Gonzalez Rogers*<br><br>**NOTICE OF APPEARANCE OF**<br>**KEITH J. WESLEY**<br><br>Trial Date:  None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLASE TAKE NOTICE** that the following attorney hereby makes his appearance in the above-captioned case for Plaintiff Robert Days.

> Keith J. Wesley
> BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP
> 2121 Avenue of the Stars, Suite 2800
> Los Angeles, CA 90067
> Telephone: (310) 274-7100
> Facsimile: (310) 275-5697
> Email: dellis@bgrfirm.com

Please add the above information to the Court's docket and to all service lists and serve said counsel with all further notices, pleadings, orders, and any other documents relevant to this action.

DATED: February 22, 2021

> BROWNE GEORGE ROSS
> O'BRIEN ANNAGUEY & ELLIS LLP
>> Dennis S. Ellis
>> Keith J. Wesley
>> Katherine F. Murray
>> Carl A. Roth
>> Matthew L. Venezia

> By:   */s/ Keith J. Wesley*
>       Keith J. Wesley
> Attorneys for Plaintiff Robert Days

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 22 day of February, 2021, I electronically filed the foregoing **NOTICE OF APPEARANCE OF KEITH J. WESLEY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**SERVICE LIST**
**Robert Days v. Robinhood Markets, Inc., et al**
**Case No. 4:21-cv-00696-YGR**

Kevin Orsini, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Telephone: 212-474-1596
E-mail: Korsini@cravath.com

_____
Claudia Bonilla