1  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
2  Dennis S. Ellis (State Bar No. 178196)
      dellis@bgrfirm.com
3  Keith J. Wesley (State Bar No. 229276)
      kwesley@bgrfirm.com
4  Katherine F. Murray (State Bar No. 211987)
      kmurray@bgrfirm.com
5  Matthew L. Venezia (State Bar No. 313812)
      mvenezia@bgrfirm.com
6  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
7  Telephone:    (310) 274-7100
   Facsimile:    (310) 275-5697
8

9  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
10 Carl A. Roth (State Bar No. 151517)
      croth@bgrfirm.com
11 801 South. Figueroa, Suite 2000
   Los Angeles, CA 90017
12 Telephone:    (213) 258-4710

13

14 Attorneys for Plaintiff ROBERT DAYS

15

16                    UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18

| | |
|---|---|
| ROBERT DAYS, | Case No. 4:21-cv-00696-YGR |
| Plaintiff, | *Assigned to*<br>Honorable Yvonne Gonzalez Rogers |
| vs. | |
| ROBINHOOD MARKETS, INC.;<br>ROBINHOOD FINANCIAL, LLC; AND<br>ROBINHOOD SECURITIES, LLC, | **NOTICE OF APPEARANCE OF<br>CARL A. ROTH** |
| Defendants. | Trial Date: None Set |

1760076.1

Case No. 4:21-cv-00696-YGR

NOTICE OF APPEARANCE OF CARL A. ROTH

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLASE TAKE NOTICE** that the following attorney hereby makes his appearance in the above-captioned case for Plaintiff Robert Days.

> Carl A. Roth
> BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP
> 2121 Avenue of the Stars, Suite 2800
> Los Angeles, CA 90067
> Telephone: (310) 274-7100
> Facsimile: (310) 275-5697
> Email: dellis@bgrfirm.com

Please add the above information to the Court's docket and to all service lists and serve said counsel with all further notices, pleadings, orders, and any other documents relevant to this action.

DATED: February 22, 2021

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
   Dennis S. Ellis
   Keith J. Wesley
   Katherine F. Murray
   Carl A. Roth
   Matthew L. Venezia

By: _____
   Carl A. Roth
Attorneys for Plaintiff Robert Days

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2021, I electronically filed the foregoing **NOTICE OF APPEARANCE OF CARL A. ROTH** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**SERVICE LIST**
**Robert Days v. Robinhood Markets, Inc., et al**
**Case No. 4:21-cv-00696-YGR**

Kevin Orsini, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Telephone: 212-474-1596
E-mail: Korsini@cravath.com

*Corinne Ubence* (signature)

_____
Corinne Ubence