BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Dennis S. Ellis (State Bar No. 178196)
  dellis@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Katherine F. Murray (State Bar No. 211987)
  kmurray@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:   (310) 274-7100
Facsimile:    (310) 275-5697

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Carl A. Roth (State Bar No. 151517)
  croth@bgrfirm.com
801 South. Figueroa, Suite 2000
Los Angeles, CA 90017
Telephone:   (213) 258-4710

Attorneys for Plaintiff ROBERT DAYS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT DAYS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBINHOOD MARKETS, INC.; ROBINHOOD FINANCIAL, LLC; AND ROBINHOOD SECURITIES, LLC,<br><br>　　　　Defendants. | Case No. 4:21-cv-00696-YGR<br><br>*Assigned to*<br>*Honorable Yvonne Gonzalez Rogers*<br><br>**NOTICE OF APPEARANCE OF KATHERINE F. MURRAY**<br><br>Trial Date: None Set |

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     **PLASE TAKE NOTICE** that the following attorney hereby makes her appearance in the

3 above-captioned case for Plaintiff Robert Days.

4     Katherine F. Murray
    BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP
5     2121 Avenue of the Stars, Suite 2800
    Los Angeles, CA 90067
6     Telephone:  (310) 274-7100
    Facsimile:  (310) 275-5697
7     Email:  dellis@bgrfirm.com

8

9     Please add the above information to the Court's docket and to all service lists and serve

10 said counsel with all further notices, pleadings, orders, and any other documents relevant to this

11 action.

12 DATED:  February 22, 2021     BROWNE GEORGE ROSS
    O'BRIEN ANNAGUEY & ELLIS LLP
13     Dennis S. Ellis
    Keith J. Wesley
14     Katherine F. Murray
    Carl A. Roth
15     Matthew L. Venezia

By: _____
    Katherine F. Murray
Attorneys for Plaintiff Robert Days

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2021, I electronically filed the foregoing **NOTICE OF APPEARANCE OF KATHERINE F. MURRAY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**SERVICE LIST**
**Robert Days v. Robinhood Markets, Inc., et al**
**Case No. 4:21-cv-00696-YGR**

Kevin Orsini, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Telephone: 212-474-1596
E-mail: Korsini@cravath.com

*Maggie Icart* (signature)

Maggie Icart