1  C. Brandon Wisoff (State Bar No. 121930)
2  Eric D. Monek Anderson (State Bar No. 320934)
   **Farella Braun + Martel LLP**
3  235 Montgomery Street, 17th Floor
4  San Francisco, California 94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480
6  Email:   emonekanderson@fbm.com
   Email:   bwisoff@fbm.com
7
8  Antony L. Ryan (*pro hac vice* application forthcoming)
   Kevin J. Orsini (*pro hac vice* application forthcoming)
9  Brittany L. Sukiennik (*pro hac vice* application forthcoming)
   **Cravath, Swaine & Moore LLP**
10 New York, NY 10019
11 Telephone:  (212) 474-1000
   Facsimile:  (212) 474-3700
12 Email:   aryan@cravath.com
13 Email:   korsini@cravath.com
   Email:   bsukiennik@cravath.com
14
15 Attorneys for Defendants Robinhood
   Financial LLC, Robinhood Securities,
16 LLC, and Robinhood Markets, Inc.

17              **UNITED STATES DISTRICT COURT**
18              **NORTHERN DISTRICT OF CALIFORNIA**
19                    **OAKLAND DIVISION**

| | |
|---|---|
| 20  ROBERT DAYS, | Case No.: 4:21-cv-00696-YGR |
| 21          Plaintiff, | |
| 22      vs. | **NOTICE OF APPEARANCE** |
| 23  ROBINHOOD MARKETS, INC., a | |
| 24  Delaware corporation; ROBINHOOD | |
| 25  FINANCIAL LLC, a Delaware limited | |
|     liability company; ROBINHOOD | |
| 26  SECURITIES, LLC, a Delaware limited | |
| 27  liability company; | |
| 28          Defendants. | |

NOTICE OF APPEARANCE
Case No. 4:21-cv-00696-YGR

TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that C. Brandon Wisoff, of Farella Braun + Martel LLP, a limited liability partnership, hereby appears as counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address, telephone number and email are as follows:

>   C. Brandon Wisoff (State Bar No. 121930)
>   Farella Braun + Martel LLP
>   235 Montgomery Street, 17th Floor
>   San Francisco, California 94104
>   Telephone: (415) 954-4400
>   Facsimile: (415) 954-4480
>   bwisoff@fbm.com

I hereby request that copies of all pleadings and papers filed in connection with the above-captioned action be served upon me.

Dated:  February 22, 2021          FARELLA BRAUN + MARTEL LLP

                                   By: /s/ C. Brandon Wisoff
                                       C. Brandon Wisoff

                                   Attorneys for Defendants
                                   ROBINHOOD FINANCIAL LLC, et al.

39900\13952957.1