1 | C. Brandon Wisoff (State Bar No. 121930)
2 | Eric D. Monek Anderson (State Bar No. 320934)
  | **Farella Braun + Martel LLP**
3 | 235 Montgomery Street, 17th Floor
4 | San Francisco, California 94104
  | Telephone:  (415) 954-4400
5 | Facsimile:  (415) 954-4480
  | Email:   emonekanderson@fbm.com
6 | Email:   bwisoff@fbm.com
7 |
8 | Antony L. Ryan (*pro hac vice* application forthcoming)
  | Kevin J. Orsini (*pro hac vice* application forthcoming)
9 | Brittany L. Sukiennik (*pro hac vice* application forthcoming)
  | **Cravath, Swaine & Moore LLP**
10 | New York, NY 10019
11 | Telephone:  (212) 474-1000
   | Facsimile:  (212) 474-3700
12 | Email:   aryan@cravath.com
13 | Email:   korsini@cravath.com
   | Email:   bsukiennik@cravath.com
14 |
15 | Attorneys for Defendants Robinhood
   | Financial LLC, Robinhood Securities,
16 | LLC, and Robinhood Markets, Inc.

17 |          **UNITED STATES DISTRICT COURT**
18 |          **NORTHERN DISTRICT OF CALIFORNIA**
19 |                   **OAKLAND DIVISION**

20 | ROBERT DAYS,                                | Case No.: 4:21-cv-00696-YGR
21 |         Plaintiff,                          |
22 |    vs.                                      | **NOTICE OF APPEARANCE**
23 |                                             |
24 | ROBINHOOD MARKETS, INC., a                  |
   | Delaware corporation; ROBINHOOD             |
25 | FINANCIAL LLC, a Delaware limited           |
26 | liability company; ROBINHOOD                |
   | SECURITIES, LLC, a Delaware limited         |
27 | liability company;                          |
28 |         Defendants.                         |

NOTICE OF APPEARANCE
Case No. 4:21-cv-00696-YGR

TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Eric D. Monek Anderson, of Farella Braun + Martel LLP, a limited liability partnership, hereby appears as counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC.  I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address, telephone number and email are as follows:

> Eric D. Monek Anderson (State Bar No. 320934)
> Farella Braun + Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, California 94104
> Telephone: (415) 954-4400
> Facsimile: (415) 954-4480
> emonekanderson@fbm.com

I hereby request that copies of all pleadings and papers filed in connection with the above-captioned action be served upon me.

Dated:  February 22, 2021               FARELLA BRAUN + MARTEL LLP

                                        By: /s/ Eric Monek Anderson
                                            Eric D. Monek Anderson

                                        Attorneys for Defendants
                                        ROBINHOOD FINANCIAL LLC, et al.

39900\13953090.1