C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:   (415) 954-4400
Facsimile:   (415) 954-4480
Email:   emonekanderson@fbm.com
Email:   bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:   aryan@cravath.com
Email:   korsini@cravath.com
Email:   bsukiennik@cravath.com

Attorneys for Defendants Robinhood
Financial LLC, Robinhood Securities,
LLC, and Robinhood Markets, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ROBERT DAYS,<br><br>             Plaintiff,<br><br>      vs.<br><br>ROBINHOOD MARKETS, INC., a Delaware corporation; ROBINHOOD FINANCIAL LLC, a Delaware limited liability company; ROBINHOOD SECURITIES, LLC, a Delaware limited liability company;<br><br>             Defendants. | Case No.: 4:21-cv-00696-YGR<br><br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Robert Days ("Plaintiff") and Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. (collectively, "Defendants", and together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint on January 28, 2021 (Dkt. No. 1);

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") on February 1, 2021 (Dkt. No. 6);

WHEREAS, Defendants were served with the FAC on February 3, 2021;

WHEREAS, Defendants' deadline to move or otherwise respond to the FAC is currently February 24, 2021;

WHEREAS, Plaintiff desires to file a Second Amended Complaint ("SAC") that will moot any need for Defendants to respond to the FAC, and Defendants do not object to the same;

WHEREAS, on February 5, 2021, the plaintiffs in *Cheng et al v. Ally Financial Inc. et al*, 21-cv-00781 (N.D. Cal.), filed a Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion") with the Judicial Panel on Multidistrict Litigation ("Panel"), and included this action on the schedule of actions requested to be centralized;

WHEREAS, on February 9, 2021, the Panel accepted the Motion for filing as *In re January 2021 Short Squeeze Trading Litigation* (MDL No. 2989) and ordered an accelerated briefing schedule;

WHEREAS, responses in support of or opposition to the Motion are due on or before March 1, 2021, and any reply is due on or before March 5, 2021;

WHEREAS, a hearing on the Motion is scheduled for March 25, 2021;

WHEREAS, the Parties want the action to proceed in an orderly and efficient manner;

WHEREAS, this is the first extension that has been requested and the Parties have not obtained any previous extensions;

WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the Parties have met and conferred and agreed to extend the deadline to move or otherwise respond to the operative Complaint to April 30, 2021, or, if the transfer motion is granted, and the transferee judge orders Defendants to respond by a certain date, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses and challenges to jurisdiction; and

WHEREAS, such a stipulated extension would be without prejudice to Plaintiff filing the SAC.

NOW THEREFORE, the Parties stipulate that:

1. Plaintiff may file his Second Amended Complaint by March 15, 2021.[1]

2. Defendants' deadline to move or otherwise respond to the operative Complaint shall be extended to April 30, 2021, or, if the transfer motion is granted, and the transferee judge orders Defendants to respond by a certain date, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later.

3. The Parties may stipulate to a further extension of time to move or otherwise respond to the operative Complaint in this action.

4. Nothing herein shall prevent Defendants from moving for additional time to move or otherwise respond to the operative Complaint.

---

[1] Should the Court so require, Defendants will execute a separate stipulation in connection with Plaintiff's filing of the SAC, authorizing the same.

Dated: February 22, 2021        By: */s/ C. Brandon Wisoff*

C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: bwisoff@fbm.com
Email: emonekanderson@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: aryan@cravath.com
Email: korsini@cravath.com
Email: bsukiennik@cravath.com

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

Dated: February 22, 2021    By: /s/ Matthew L. Venezia

Dennis S. Ellis
Keith J. Wesley
Katherine F. Murray
Carl A. Roth
Matthew L. Venezia (State Bar No. 313812)
**Browne George Ross O'Brien**
**Annaguey & Ellis LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
Email: mvenezia@bgrfirm.com

*Counsel for Robert Days*

## **ATTESTATION**

I, C. Brandon Wisoff, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories.

Dated: February 22, 2021    FARELLA BRAUN + MARTEL LLP


By: /s/ C. Brandon Wisoff
    C. Brandon Wisoff

*Counsel for Robinhood Financial LLC,*
*Robinhood Securities, LLC, and*
*Robinhood Markets, Inc.*