C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:   emonekanderson@fbm.com
Email:   bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:   aryan@cravath.com
Email:   korsini@cravath.com
Email:   bsukiennik@cravath.com

Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ROBERT DAYS,<br><br>        Plaintiff,<br><br>    vs.<br><br>ROBINHOOD MARKETS, INC., a Delaware corporation; ROBINHOOD FINANCIAL LLC, a Delaware limited liability company; ROBINHOOD SECURITIES, LLC, a Delaware limited liability company;<br><br>        Defendants. | Case No.: 4:21-cv-00696-YGR<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES** |

Defendants Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC, by their attorneys, Farella Braun + Martel LLP and Cravath, Swaine & Moore LLP, pursuant to Federal Rule of Civil Procedure 7.1, disclose as follows:

1. Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC are privately held companies.
2. Robinhood Markets, Inc. does not have a parent corporation.
3. Robinhood Financial LLC and Robinhood Securities, LLC are wholly-owned subsidiaries of Robinhood Markets, Inc.
4. No publicly held corporation owns 10% or more of the stock of Robinhood Markets, Inc.; Robinhood Financial LLC; or Robinhood Securities, LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, in addition to the parties in this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial or other interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Baiju Bhatt
2. Vladimir Tenev
3. Index Ventures

Dated: February 23, 2021

FARELLA BRAUN + MARTEL LLP

By: *C. Brandon Wisoff* (signature)
C. Brandon Wisoff

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*