# EXHIBIT 1

**Robinhood**  Home   About us   Careers   **Sign Up**

October 10, 2018

# Introducing Clearing by Robinhood

*A new system that lowers fees and makes Robinhood faster and more reliable*



For the past five years, we've worked to democratize America's financial system. With a relentless focus on building what you want most, we've expanded from a stock-trading app to an investment platform offering commission-free investing in stocks, ETFs, options, and cryptocurrencies. In doing so, we've become one of the fastest-growing brokerages with over six million customers.

In order to move faster and offer more financial services to you, we realized we had to build our own clearing system—a core piece of infrastructure for brokerages—instead of relying on a third party.

Two years ago, we embarked on our most complex engineering and regulatory challenge: building our own clearing system from scratch. We received licenses from FINRA, the DTCC, and the OCC (Options Clearing Corporation); we assembled a team of nearly 100 people in Lake Mary, Florida, many of whom specialize in clearing and compliance; and we engineered powerful systems to help us deliver more products to you with an even better experience.

**Clearing by Robinhood is the only clearing system built from scratch, and on modern technology, in the last decade.** The last time a major brokerage built something similar was Vanguard, in 2008.

In a few weeks, you'll see a message in the app about Clearing by Robinhood. Before the end of the year, all Robinhood customers will be on our new system. Here's what this means for you:

**Removing and Lowering Fees**

With Clearing by Robinhood, we're removing or lowering a bunch of small, frustrating fees that were previously passed on to some of you. Before, bank reversal fees were $30, but once you're on the new system, the fee will only be $9.

**Improved Customer Support**

Clearing by Robinhood gives us more account and trade information so we can offer you better customer support. To help with this, we designed an internal dashboard for our brokerage and support reps, lovingly named Major Oak after Robin Hood's home, that updates information in real-time. You should see quicker response times in the coming months.

**Better Experience & More Products**

Once you're on the new system, you'll see completely redesigned monthly account statements, tax documents, and proxy notices, written in simpler language and with the Robinhood look and feel.

Clearing by Robinhood will also pave the way for us to ship new features even faster, expand into different financial services, and welcome millions of more people to the financial system.

Learn more about Clearing by Robinhood on our Help Center.

Tweet us -- Like us -- Join us -- Get help

♥ 341 Likes     ⤴ Share

Newer Post

A Letter From Robinhood Co-Founder & Co-CEO Vlad Tenev

Older Post

What's New on Robinhood

Robinhood Financial LLC and Robinhood Crypto, LLC are wholly-owned subsidiaries of Robinhood Markets, Inc.

Securities trading is offered to self-directed customers by Robinhood Financial. Robinhood Financial is a member of the Financial Industry Regulatory Authority (FINRA).

Robinhood Financial LLC is a member of SIPC, which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org.

Cryptocurrency trading is offered through an account with Robinhood Crypto. Robinhood Crypto is not a member of FINRA or SIPC. Cryptocurrencies are not stocks and your cryptocurrency investments are not protected by either FDIC or SIPC.

Commission-free trading of stocks, ETFs and options refers to $0 commissions for Robinhood Financial self-directed individual cash or margin brokerage accounts that trade U.S. listed securities via mobile devices or Web. Relevant SEC & FINRA fees may apply. Please see the Fee Schedule.

Robinhood Financial is currently registered in the following jurisdictions. This is not an offer, solicitation of an offer, or advice to buy or sell securities, or open a brokerage account in any jurisdiction where Robinhood Financial is not registered. Additional information about your broker can be found by clicking here.

Margin trading involves interest charges and risks, including the potential to lose more than any amounts deposited or the need to deposit additional collateral in a falling market. Before using margin, customers must determine whether this type of trading strategy is right for them given their specific investment objectives, experience, risk tolerance, and financial situation. For more information please see Robinhood Financial's Margin Disclosure Statement, Margin Agreement and FINRA Investor Information. These disclosures contain information on Robinhood Financial's lending policies, interest charges, and the risks associated with margin accounts.

Investors should consider the investment objectives and unique risk profile of Exchange Traded Funds (ETFs) carefully before investing. ETFs are subject to risks similar to those of other diversified portfolios. Leveraged and Inverse ETFs may not be suitable for all investors and may increase exposure to volatility through the use of leverage, short sales of securities, derivatives and other complex investment strategies.

Although ETFs are designed to provide investment results that generally correspond to the performance of their respective underlying indices, they may not be able to exactly replicate the performance of the indices because of expenses and other factors. A prospectus contains this and other information about the ETF and should be read carefully before investing. Customers should obtain prospectuses from issuers and/or their third party agents who distribute and make prospectuses available for review. ETFs are required to distribute portfolio gains to shareholders at year end. These gains may be generated by portfolio rebalancing or the need to meet diversification requirements. ETF trading will also generate tax consequences. Additional regulatory guidance on Exchange Traded Products can be found by clicking here.

Options transactions may involve a high degree of risk. To learn more about the risks associated with options trading, please review the options disclosure document entitled Characteristics and Risks of Standardized Options, available here or through https://www.theocc.com/about/publications/character-risks.jsp.

Investors should be aware that system response, execution price, speed, liquidity, market data, and account access times are affected by many factors, including market volatility, size and type of order, market conditions, system performance, and other factors.

All investments involve risk and the past performance of a security, or financial product does not guarantee

All investments involve risk and the past performance of a security, or financial product does not guarantee future results or returns. There is always the potential of losing money when you invest in securities, or other financial products. Investors should consider their investment objectives and risks carefully before investing.

Trading in cryptocurrencies comes with significant risks, including volatile market price swings or flash crashes, market manipulation, and cybersecurity risks. In addition, cryptocurrency markets and exchanges are not regulated with the same controls or customer protections available in equity, option, futures, or foreign exchange investing.  Several federal agencies have also published advisory documents surrounding the risks of virtual currency. For more information see the Robinhood Crypto Risk Disclosure, the CFPB's Consumer Advisory, the CFTC's Customer Advisory, the SEC's Investor Alert, and FINRA's Investor Alert.

Check the background of Robinhood Financial LLC and Robinhood Securities, LLC on FINRA's BrokerCheck.

Robinhood Terms & Conditions   Disclosure Library   Contact Us   FAQ

© 2020 Robinhood. All rights reserved.

12:04:26 PM 3/15/2021